IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02237-PAB-MEH

FRANK J. LAGUARDIA,

    Plaintiff,

v.

LARRY H. MILLER CORPORATION – ENGLEWOOD, d/b/a Larry H. Miller Nissan,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2011.**

    The Parties' Joint Motion to Modify Deadlines and Schedule Settlement Conference [filed November 22, 2011; docket #15] is **granted in part and denied in part**.[1]  Defendant shall file an answer or other responsive pleading **on or before December 19, 2011**.

---

[1] The Parties' request to vacate the Scheduling Conference and schedule a Settlement Conference is denied as moot in light of the Court's November 22, 2011 minute order [docket #16].